UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREGORY F. HARDIMAN and MARY V. HARDIMAN,

    Plaintiffs,

v.     Case No. 8:09-cv-2110-T-33AEP

JOHN MICHAEL STEVENS and LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendants.
_____/

### ORDER

This matter is before the Court pursuant to the Hardimans' Notice of filing Status of Mediation Conference (Doc. # 15), which was filed on November 8, 2010. The Hardimans report that their claims against Liberty Mutual Fire Insurance Company have settled and that their claims against John Michael Stevens remain pending.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

That this case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **SIXTY (60)** days of the date hereof, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen the action, *upon good cause being shown* **as to Defendant Liberty Mutual Fire**

**Insurance Company, ONLY**.  After that **SIXTY (60)** day period, however, without further order, this dismissal (as to Defendant Liberty Mutual Fire Insurance Company, **ONLY**) shall be deemed *with prejudice*.

    The Hardimans' action against John Michael Stevens remains pending.

    **DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>9th</u> day of November 2010.

                                      */s/ Virginia M. Hernandez Covington*
                                      VIRGINIA M. HERNANDEZ COVINGTON
                                      UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record